UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RANDALL CREMEANS,**

        Petitioner,        Civil Action 2:18-cv-633
                                        Chief Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Chelsey M. Vascura

    v.

**WARDEN, ROSS COUNTY**
**CORRECTIONAL INSTITUTION,**

        Respondent.

## ORDER

For good cause shown, Petitioner's Motion for an Extension of Time (ECF No. 13) is **GRANTED**. Petitioner must file his Reply to Return of Writ **ON OR BEFORE DECEMBER 5, 2018**. Petitioner is cautioned that no further extensions will be granted absent a true emergency.

    **IT IS SO ORDERED**.

                                                          /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE